UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

MARY LOU SCHROEDER,

       Plaintiff,

CASE NO.: 14-CV-416

   v.

MILWAUKEE PAIN TREATMENT SERVICES,
s.c., DAVID I. STEIN, and SHARON STEIN,

       Defendants.

## STIPULATION FOR DISMISSAL OF
## DEFENDANTS DAVID I. STEIN AND SHARON STEIN

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff, by her attorneys Hawks Quindel, S.C., and Defendants, David I. Stein and Sharon Stein, by their attorneys Wilson Elser Moskowitz Edelman & Dicker LLP, hereby stipulate and agree that this case shall be dismissed as to Defendants David I. Stein and Sharon Stein, with prejudice, and without further costs to any party.

Dated: August 25, 2014.

*/s/ Larry A. Johnson*
LARRY A. JOHNSON
SBN 1056619
SUMMER H. MURSHID
SBN 1075404
TIMOTHY P. MAYNARD
SBN 1080953
**HAWKS QUINDEL, S.C.**
222 East Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
Tel: (414) 271-8650
Fax: (414) 271-8442
ljohnson@hq-law.com
smurshid@hq-law.com
tmaynard@hq-law.com

*Attorneys for Plaintiff*

Dated:  August 25, 2014.          */s/ Christina A. Katt*
SAMUEL J. LEIB
SBN 1003889
CHRISTINA A. KATT
SBN 1073979
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI  53203
Tel:  (414) 276-8816
Fax:  (414) 276-8819
samuel.leib@wilsonelser.com
Christina.katt@wilsonelser.com

*Attorneys for Defendant*